RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Irene Y. Lee, SBN 213625
ilee@raklaw.com
Stanley H. Thompson, SBN 198825
sthompson@raklaw.com
Jean Y. Rhee, SBN 234916
jrhee@raklaw.com
Jeffrey Z.Y. Liao, SBN 288994
jliao@raklaw.com
12424 Wilshire Boulevard
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation,<br><br>Defendants. | **Case No. 5:14-cv-03586-JSC**<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ASUS COMPUTER INTERNATIONAL; AND DECLARATION OF IRENE Y. LEE IN SUPPORT THEREOF** |

3329-3 141001 Application for Default (ACI).docx

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ASUS COMPUTER INTERNATIONAL; AND DECLARATION OF IRENE Y. LEE IN SUPPORT THEREOF**

1. Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs VIA Technologies, Inc., VIA Technologies, Inc., and VIA Labs, Inc. (collectively, "Plaintiffs") request that the Clerk of the above-entitled Court enter default in this matter against Defendant Asus Computer International ("ACI") on the ground that said defendant failed to appear or otherwise respond to Plaintiffs' Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiffs personally served ACI with a copy of the Complaint and Summons for this action on **August 21, 2014** by serving its registered agent, CT Corporation System, located at 818 West Seventh Street, 2nd Floor, Los Angeles, California 90017, as evidenced by the Proof of Service of Summons, Complaint and Related Documents on Defendant Asus Computer International filed with this Court on August 22, 2014 (D.I. 15). Lee Decl. ¶ 2. Vivian Imperial at CT Corporation System accepted service. Lee Decl. ¶ 3; D.I. 15. Service was performed by a person who was at least 18 years of age and who was not a party to this action. Lee Decl. ¶ 3; D.I. 15. Accordingly, Plaintiffs properly served ACI with the Complaint and Summons for this action on August 21, 2014. Fed. R. Civ. P. 4(c), (h).

As a result of Plaintiffs' personal service on August 21, 2014, ACI was scheduled to file a responsive pleading to Plaintiffs' Complaint by **September 11, 2014**. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, ACI has failed to appear and has not filed a responsive pleading to Plaintiffs' Complaint.

The above stated facts, which are set forth in the accompanying declaration of Irene Y. Lee, support entry of default against ACI. Accordingly, Plaintiffs request that the Clerk enter default against ACI.

Respectfully submitted,

DATED: October 1, 2014        RUSS, AUGUST & KABAT

    /s/ *Irene Y. Lee*
    Irene Y. Lee

*Attorneys for Plaintiffs*
VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation

1

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ASUS COMPUTER INTERNATIONAL; AND DECLARATION OF IRENE Y. LEE IN SUPPORT THEREOF**

## DECLARATION OF IRENE Y. LEE

I, Irene Y. Lee, hereby declare as follows:

1. I am a partner at the law firm Russ, August & Kabat, counsel of record for Plaintiffs VIA Technologies, Inc., VIA Technologies, Inc., and VIA Labs, Inc. (collectively, "Plaintiffs") in the matter captioned, *VIA Technologies, Inc. et al. v. Asus Computer International et al.*, Case No. 5:14-cv-03586-JSC, pending in the United States District Court for the Northern District of California. Unless otherwise stated herein, I make this declaration in support of Plaintiffs' Application For Entry Of Default Against Defendant Asus Computer International based on my personal knowledge.

2. As set forth in the Proof of Service of Summons, Complaint, and Related Documents On Defendant Asus Computer International filed by Plaintiffs on August 22, 2014 (D.I. 15) ("Proof of Service"), Plaintiff, acting through an agency called First Legal, personally served Defendant Asus Computer International ("ACI") on August 21, 2014 by serving CT Corporation System, located at 818 West Seventh Street, 2nd Floor, Los Angeles, California 90017. CT Corporation System is specified as ACI's registered agent for service of process on the California Secretary of State's website. Attached hereto as Exhibit A is a true and correct copy of a printout from the California Secretary of State's website reflecting CT Corporation System's status as ACI's registered agent for service of process.

3. As further set forth in the Proof of Service, service was accepted by Vivian Imperial at CT Corporation System, and effected by a First Legal process server who has declared under penalty of perjury that he was over 18 years of age and not a party to this action at the time of service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 1, 2014, at Los Angeles, California.

_____
Irene Y. Lee

3329-3 141001 Application for Default (ACI).docx       2

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ASUS COMPUTER INTERNATIONAL AND DECLARATION OF IRENE Y. LEE IN SUPPORT THEREOF**