| | |
|---|---|
| 1 | RUSS, AUGUST & KABAT |
| | Marc A. Fenster, SBN 181067 |
| 2 | mfenster@raklaw.com |
| | Irene Y. Lee, SBN 213625 |
| 3 | ilee@raklaw.com |
| | Stanley H. Thompson, SBN 198825 |
| 4 | sthompson@raklaw.com |
| | Jean Y. Rhee, SBN 234916 |
| 5 | jhsee@raklaw.com |
| | Jeffrey Z.Y. Liao, SBN 288994 |
| 6 | jliao@raklaw.com |
| | 12424 Wilshire Boulevard |
| 7 | Twelfth Floor |
| | Los Angeles, California 90025 |
| 8 | Telephone: (310) 826-7474 |
| | Facsimile: (310) 826-6991 |

Attorneys for Plaintiffs
VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California Corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation.<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation<br><br>                    Defendants. | **CASE NO. 5:14-cv-03586-BLF**<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

The United States District Court for the Northern District of California presents its compliments to the appropriate Judicial Authority in Taiwan and requests international

1  judicial assistance to effect Service of Process upon a named defendant in the captioned civil
2  proceeding currently pending before this Court.
3      Plaintiffs have filed claims in the above captioned matter alleging, among other
4  things, that the defendants' infringement and exploitation of Plaintiffs' patent and trade
5  secrets have caused Plaintiffs to suffer damages.  Plaintiffs seek judgment including, but not
6  limited to, damages as allowed by law.
7      This Court requests the assistance described herein as necessary in the interests of
8  justice.  It has been represented to this Court that defendant, **ASMedia Technology Inc.,** can
9  presently be served at the following address:

10                    ASMedia Technology Inc.
                       6F, No. 115, Minquan Rd.
11                         Xindian Dist.
                        New Taipei City 231
12                            Taiwan

13      This Court respectfully requests that you cause one copy of the attached documents,
14  (1) the Complaint; (2) Exhibit A to the Complaint; (3) Civil Cover Sheet; (4) Plaintiffs'
15  Certificate of Interested Parties; (5) Plaintiffs' Corporate Disclosure Statement; (6) the
16  Summons; (7) Clerk's Notice Setting Case Management Conference Following
17  Reassignment; (8) Standing Order Re Civil Cases – District Judge Beth Labson Freeman; (9)
18  Standing Order Re Final Pretrial Conference – Bench Trial – District Judge Beth Labson
19  Freeman; (10) Standing Order Re Final Pretrial Conference – Jury Trial – District Judge Beth
20  Labson Freeman; (11) Standing Order Re Case Management In Civil Cases; and (12)
21  Consent or Declination to Magistrate Judge Jurisdiction form, with Chinese translations
22  thereof, to be served upon **ASMedia Technology Inc.** at the above address by leaving them
23  with a director, officer, or other entity authorized to accept the service of civil process in the
24  manner prescribed for service of similar documents under the laws of Taiwan.
25      This Court further requests that, after service has been made, you cause the person
26  who serves the above-listed documents upon **ASMedia Technology Inc.** to execute a
27  Certificate of Service and return it, together with a copy of the documents served, to this
28  Court at the address below.

1    Plaintiffs' counsel, Russ, August & Kabat, 12424 Wilshire Boulevard, Twelfth Floor,
2 Los Angeles, California 90025, USA, stand ready to reimburse your authority for all
3 expenses incurred in executing this request for judicial assistance.
4    This Court also assures your authority that it will reciprocate with similar assistance
5 in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest
6 consideration.

8 11/4/2014
Date:                                    Honorable Paul S. Grewal
9                                         United States District Court
                                          Northern District of California
10                                        San Jose Division

14 [Seal]