RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Irene Y. Lee, SBN 213625
ilee@raklaw.com
Stanley H. Thompson, SBN 198825
sthompson@raklaw.com
Jean Y. Rhee, SBN 234916
jhsee@raklaw.com
Jeffrey Z.Y. Liao, SBN 288994
jliao@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California Corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation.<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation<br><br>　　　　　　　　　Defendants. | **CASE NO. 5:14-cv-03586-BLF**<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

The United States District Court for the Northern District of California presents its compliments to the appropriate Judicial Authority in Taiwan and requests international

1  judicial assistance to effect Service of Process upon a named defendant in the captioned civil
2  proceeding currently pending before this Court.
3        Plaintiffs have filed claims in the above captioned matter alleging, among other
4  things, that the defendants' infringement and exploitation of Plaintiffs' patent and trade
5  secrets have caused Plaintiffs to suffer damages.  Plaintiffs seek judgment including, but not
6  limited to, damages as allowed by law.
7        This Court requests the assistance described herein as necessary in the interests of
8  justice.  It has been represented to this Court that defendant, **Asustek Computer Inc.,** can
9  presently be served at the following address:

            Asustek Computer Inc.
        No. 15, Li-Te Rd., Peitou District
                Taipei 112
                  Taiwan

      This Court respectfully requests that you cause one copy of the attached documents, (1) the Complaint; (2) Exhibit A to the Complaint; (3) Civil Cover Sheet; (4) Plaintiffs' Certificate of Interested Parties; (5) Plaintiffs' Corporate Disclosure Statement; (6) the Summons; (7) Clerk's Notice Setting Case Management Conference Following Reassignment; (8) Standing Order Re Civil Cases – District Judge Beth Labson Freeman; (9) Standing Order Re Final Pretrial Conference – Bench Trial – District Judge Beth Labson Freeman; (10) Standing Order Re Final Pretrial Conference – Jury Trial – District Judge Beth Labson Freeman; (11) Standing Order Re Case Management In Civil Cases; and (12) Consent or Declination to Magistrate Judge Jurisdiction form, with Chinese translations thereof, to be served upon **Asustek Computer Inc.** at the above address by leaving them with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

      This Court further requests that, after service has been made, you cause the person who serves the above-listed documents upon **Asustek Computer Inc.** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiffs' counsel, Russ, August & Kabat, 12424 Wilshire Boulevard, Twelfth Floor, Los Angeles, California 90025, USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.

11/4/2014
Date:

Honorable Pau S. Grewal
United States District Court
Northern District of California
San Jose Division

[Seal]

Request for International Judicial Assistance
Service upon Asustek Computer, Inc.

Page 3 of 3