UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASUS COMPUTER INTERNATIONAL, et al.,<br><br>    Defendants. | Case No.  14-cv-03586-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 66] |

The parties in the above-captioned action are scheduled to appear for case management on June 4, 2015. The Court is in receipt of the parties' Joint Case Management Statement. ECF 66. The Court HEREBY CONTINUES the case management conference to **August 27, 2015** at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 1, 2015

_____
BETH LABSON FREEMAN
United States District Judge