UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASUS COMPUTER INTERNATIONAL, et al., <br><br> Defendants. | Case No.  14-cv-03586-BLF <br><br> **CASE MANAGEMENT ORDER** |

On 08/27/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 12/08/2016 at 9:00 AM |
| Final Pretrial Conference | 03/02/2017 at 1:30 PM |
| Trial | 03/27/2017 at 9:00 AM |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulated
6 proposed order regarding dates and deadlines to trial.

Dated: 08/27/2015

_____
BETH LABSON FREEMAN
United States District Judge