RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Irene Y. Lee, SBN 213625
ilee@raklaw.com
Jean Y. Rhee, SBN 234916
jrhee@raklaw.com
Jeffrey Z.Y. Liao, SBN 288994
jliao@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California Corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation. <br><br>                  Plaintiffs, <br><br>    vs. <br><br> ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation <br><br>                  Defendants. | **CASE NO. 5:14-cv-03586-BLF** <br><br> **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE RE SERVICE UPON ASMEDIA TECHNOLOGY INC.** |

Request for International Judicial Assistance
Service upon ASMedia Technology Inc.

Page 1 of 3

1  The United States District Court for the Northern District of California presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned civil proceeding currently pending before this Court.

Plaintiffs have filed claims in the above captioned matter alleging, among other things, that the defendants' infringement and exploitation of Plaintiffs' patent and trade secrets have caused Plaintiffs to suffer damages. Plaintiffs seek judgment including, but not limited to, damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant, **ASMedia Technology Inc.,** can presently be served at the following address:

>ASMedia Technology Inc.
>6F, No. 115, Minquan Road
>Xindian Dist.
>New Taipei City 231
>Taiwan

This Court respectfully requests that you cause one copy of the attached documents, (1) the Second Amended Complaint; (2) Exhibit A to the Second Amended Complaint; and (3) Exhibit B to the Second Amended Complaint, with Chinese translations thereof, to be served upon **ASMedia Technology Inc.** at the above address by leaving them with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the above-listed documents upon **ASMedia Technology Inc.** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiffs' counsel, Russ, August & Kabat, 12424 Wilshire Boulevard, Twelfth Floor, Los Angeles, California 90025, USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance

Request for International Judicial Assistance
Service upon ASMedia Technology Inc.

Page 2 of 3

1  in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest
2  consideration.

5  __9/15/2015__          __[signature]__
   Date:                  Honorable Paul S. Grewal
6                         United States District Court
7                         Northern District of California
                          San Jose Division

11 [Seal]