1  RUSS, AUGUST & KABAT
   Marc A. Fenster, SBN 181067
2  mfenster@raklaw.com
   Irene Y. Lee, SBN 213625
3  ilee@raklaw.com
   Jean Y. Rhee, SBN 234916
4  jrhee@raklaw.com
   Jeffrey Z.Y. Liao, SBN 288994
5  jliao@raklaw.com
   12424 Wilshire Boulevard
6  Twelfth Floor
   Los Angeles, California 90025
7  Telephone: (310) 826-7474
   Facsimile: (310) 826-6991
8
   Attorneys for Plaintiffs
9  VIA TECHNOLOGIES, INC., a California
   corporation, VIA TECHNOLOGIES, INC.,
10 a Taiwan corporation, and VIA LABS, INC.,
   a Taiwan corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California Corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation.<br><br>                    Plaintiffs,<br><br>    vs.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation<br><br>                    Defendants. | **CASE NO. 5:14-cv-03586-BLF**<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE RE SERVICE UPON ASUSTEK COMPUTER, INC.** |

Request for International Judicial Assistance
Service upon ASUSTeK Computer, Inc.

Page 1 of 3

1       The United States District Court for the Northern District of California presents its
2  compliments to the appropriate Judicial Authority in Taiwan and requests international
3  judicial assistance to effect Service of Process upon a named defendant in the captioned civil
4  proceeding currently pending before this Court.

5       Plaintiffs have filed claims in the above captioned matter alleging, among other
6  things, that the defendants' infringement and exploitation of Plaintiffs' patent and trade
7  secrets have caused Plaintiffs to suffer damages.  Plaintiffs seek judgment including, but not
8  limited to, damages as allowed by law.

9       This Court requests the assistance described herein as necessary in the interests of
10 justice. It has been represented to this Court that defendant, **ASUSTeK Computer Inc.,** can
11 presently be served at the following address:

12                        ASUSTeK Computer Inc.
                          No. 15, Li-Te Road
13                        Peitou District
                          Taipei 112
14                        Taiwan

15      This Court respectfully requests that you cause one copy of the attached documents,
16 (1) the Second Amended Complaint; (2) Exhibit A to the Second Amended Complaint; and
17 (3) Exhibit B to the Second Amended Complaint, with Chinese translations thereof, to be
18 served upon **ASUSTeK Computer Inc.** at the above address by leaving them with a director,
19 officer, or other entity authorized to accept the service of civil process in the manner
20 prescribed for service of similar documents under the laws of Taiwan.

21      This Court further requests that, after service has been made, you cause the person
22 who serves the above-listed documents upon **ASUSTeK Computer Inc.** to execute a
23 Certificate of Service and return it, together with a copy of the documents served, to this
24 Court at the address below.

25      Plaintiffs' counsel, Russ, August & Kabat, 12424 Wilshire Boulevard, Twelfth Floor,
26 Los Angeles, California 90025, USA, stand ready to reimburse your authority for all
27 expenses incurred in executing this request for judicial assistance.

28      This Court also assures your authority that it will reciprocate with similar assistance

in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.

   9/15/2015
Date:

Honorable Paul S. Grewal
United States District Court
Northern District of California
San Jose Division

[Seal]

Request for International Judicial Assistance
Service upon ASUSTeK Computer, Inc.

Page 3 of 3