United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al.,

    Plaintiffs,

v.

ASUS COMPUTER INTERNATIONAL, et al.,

    Defendants.

Case No. 14-cv-03586-BLF

**ORDER RESCHEDULING CLAIM CONSTRUCTION**

Due to conflict in the Court's calendar, the Court reschedules the parties' claim construction tutorial to May 26, 2016 at 1:30 p.m. and the parties' claim construction hearing to June 10, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
BETH LABSON FREEMAN
United States District Judge