UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al., | Case No. 14-cv-03586-BLF |
|---|---|
| Plaintiffs, | **ORDER GRANTING MOTIONS FOR LEAVE TO FILE AND MOTIONS FOR RECONSIDERATION OF SEALING ORDER** |
| v. | |
| ASUS COMPUTER INTERNATIONAL, et al., | **(Re: Docket No. 140, 143)** |
| Defendants. | |

Yesterday, the court issued an order in which it unsealed certain documents because the parties designating them as confidential had failed to submit declarations "establishing that all of the designated material is sealable."[1] Both sides have submitted motions asking the court to reconsider some of these decisions,[2] and both have now provided the missing declarations.[3] The motions for leave to file and the underlying motions for reconsideration are GRANTED. The court's previous order is revised as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 120 | Exhibit 2 to the Huang Declaration | SEALED | Previously ordered to be filed under seal.[4] |

---

[1] Civ. L.R. 79-5(e)(1); *see* Docket No. 139.

[2] *See* Docket Nos. 140, 143.

[3] *See* Docket Nos. 142, 143-1.

[4] *See* Docket No. 89.

1

Case No. 14-cv-03586-BLF
ORDER GRANTING MOTIONS FOR LEAVE TO FILE AND MOTIONS FOR RECONSIDERATION OF SEALING ORDER

| | | | |
|---|---|---|---|
| 120 | Exhibit 3 to the Huang Declaration | Docket No. 120-5, Ex. 3 at VIA_0000963 and VIA_0001018 SEALED; all other designations UNSEALED. | Narrowly tailored to confidential business information. |
| 122 | Exhibit 23 to the Liao Declaration | SEALED | Narrowly tailored to confidential business information. |
| 122 | Exhibit 24 to the Liao Declaration | SEALED | Narrowly tailored to confidential business information. |
| 122 | Exhibit 25 to the Liao Declaration | SEALED | Narrowly tailored to confidential business information. |
| 122 | Exhibit 26 to the Liao Declaration | SEALED | Narrowly tailored to confidential business information. |
| 122 | Exhibit 27 to the Liao Declaration | SEALED | Narrowly tailored to confidential business information. |
| 122 | Exhibit 28 to the Liao Declaration | SEALED | Narrowly tailored to confidential business information. |

**SO ORDERED.**

Dated: March 29, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 14-cv-03586-BLF
ORDER GRANTING MOTIONS FOR LEAVE TO FILE AND MOTIONS FOR RECONSIDERATION OF SEALING ORDER