UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASUS COMPUTER INTERNATIONAL, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03586-BLF<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION**<br><br>**(Re:  Docket No. 148)** |

Two weeks ago, the court issued an order granting Plaintiffs' motion to compel, but only in limited part.[1] Pursuant to Civ. L.R. 7-9, Plaintiffs now seek leave to file a motion for reconsideration of several aspects of that order.[2] Although the Local Rules allow the court to determine the motion without hearing from Defendants, the court finds that their input may assist the court in its decision.  Accordingly, Defendants shall file a response conforming to Civ. L.R. 7-2 by April 14, 2016.

**SO ORDERED.**

Dated: April 5, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 132.

[2] *See* Docket No. 148.

Case No. 14-cv-03586-BLF
ORDER RE: MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION

1