RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Irene Y. Lee, SBN 213625
ilee@raklaw.com
Adam S. Hoffman, SBN 218740
ahoffman@raklaw.com
Jean Y. Rhee, SBN 234916
jrhee@raklaw.com
Jeffrey Z.Y. Liao, SBN 288994
jliao@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiffs*
*VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation<br><br>Plaintiffs,<br>vs.<br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation,<br><br>Defendants. | Case No. 5:14-cv-03586-BLF-PSG<br><br>**LOCAL CIVIL RULE 79-5(d)(1)(A) DECLARATION OF JEAN Y. RHEE IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE SECOND AMENDED TRADE SECRET DISCLOSURE UNDER SEAL** |

**DECLARATION OF JEAN Y. RHEE**

I, Jean Y. Rhee, hereby declare as follows:

1. I am a partner at the law firm Russ, August & Kabat, counsel of record for Plaintiffs VIA Technologies, Inc., VIA Technologies, Inc., and VIA Labs, Inc. (collectively, "VIA" or "Plaintiffs") in the above-captioned matter. Unless otherwise stated herein, I make this declaration in support of Plaintiffs' Unopposed Administrative Motion to File Second Amended Trade Secret Disclosure Under Seal (the "Motion") based on my personal knowledge and, if called to testify as a witness, I would and could testify competently hereto.

2. Plaintiffs are seeking to file under seal their Second Amended Trade Secret Disclosure Pursuant to California Code of Civil Procedure Section 2019.210 ("Second Amended Trade Secret Disclosure"). The Second Amended Trade Secret Disclosure identifies and describes with particularity the analog and digital designs for VIA chipset products that VIA is alleging were misappropriated by Defendants, including by directly incorporating certain schematics that constitute examples of the allegedly misappropriated analog designs. I have been informed by my client, and based thereon believe, that these analog and digital designs are VIA's trade secrets as they constitute core, critical components of VIA's product offerings, and were developed through VIA's investment of millions of dollars and thousands of man-hours. I have also been advised by my client, and based thereon believe, that this information is not accessible to the public or any third party through any public channels and that VIA has never disclosed this information to the public. Rather, VIA has, at all relevant times, protected this information through the use of contractual, technological, and procedural measures, such as non-disclosure agreements, the use of password protected workstation environments without Internet access that can only be accessed by first logging into the company intranet, and employee trainings. The public disclosure of this proprietary, highly sensitive and confidential commercial information would therefore benefit VIA's competitors while causing VIA irreparable harm. VIA itself has submitted sworn declarations to the Court on three prior occasions confirming these same facts. *See* Dkt. Nos. 85-1, 142, 154.

3. On May 27, 2016, I notified opposing counsel of VIA's intent to file this motion via email and they advised by return email that Defendants do not oppose the under seal filing of the Second Amended Trade Secret Disclosure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2016, at Los Angeles, California.

Jean Y. Rhee