UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL, et al.,<br><br>Defendants. | Case No. 14-cv-03586-BLF<br><br>**ORDER DENYING APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

Before the Court is Plaintiffs' ex parte application to shorten time for the hearing related to the motion for leave to file a third amended complaint to add a claim under the Defend Trade Secrets Act. Appl., ECF 201; Mot., ECF 200. Although Plaintiffs have secured an April 13, 2017 hearing date, Plaintiffs ask the Court to shorten time in order to hear their motion as soon as possible, after briefing is completed on January 25, 2017. Appl. 1.

Pursuant to Civil Local Rule 6-3, in order to justify shortening time, Plaintiffs must identify the "substantial harm or prejudice that would occur if the Court did not change the time." Civil L.R. 6-3(a)(3). Plaintiffs argue that an early hearing ensures that the parties will have time to address potential prejudice that might be suffered by Defendants. Appl. 1-2.

Unfortunately, due to the Court's schedule, the Court cannot accommodate a hearing earlier than the date secured by Plaintiffs. Upon receipt and review of the full briefing on Plaintiffs' motion, the Court may determine, pursuant to Civil L.R. 7-1(b), that argument is not needed and cancel the hearing in order to facilitate an earlier ruling.

**IT IS SO ORDERED.**

Dated: January 6, 2017

_____
BETH LABSON FREEMAN
United States District Judge