RUSS, AUGUST & KABAT
Larry C. Russ, SBN 82760
lruss@raklaw.com
Irene Y. Lee, SBN 213625
ilee@raklaw.com
Benjamin T. Wang, SBN 228712
bwang@raklaw.com
Adam S. Hoffman, SBN 218740
ahoffman@raklaw.com
Jean Y. Rhee, SBN 234916
jrhee@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation

SINGULARITY LLP
Ronald S. Lemieux (CA Bar No. 120822)
rlemieux@ipsingularity.com
Vid R. Bhakar (CA Bar No. 220210)
vbhakar@ipsingularity.com
Michelle McLeod (CA Bar No. 260844)
mmcleod@ipsingularity.com
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Tel: (650) 720-4650
Fax: (650) 720-4662

Attorneys for Defendants
ASMedia Technology Inc., a Taiwan corporation, ASUSTeK Computer Inc., a Taiwan corporation, and ASUS COMPUTER INTERNATIONAL, a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation,<br><br>Defendants. | Case No. 5:14-cv-03586-BLF<br><br>**EXHIBIT A TO THE TO THE JOINT PRETRIAL STATEMENT AND ORDER: VIA'S WITNESS LIST** |

**WITNESSES TO BE CALLED BY PLAINTIFFS**

VIA presently intend to call the following witnesses at trial:

1. **Miller Chen**. Mr. Chen will provide testimony concerning the background of VIA. Mr. Chen will also provide testimony related to VIA's claim of trade secret misappropriation by ASUS including the reasonable measures taken to keep VIA's trade secrets confidential, the searches of ASUS's facilities undertaken by the Taiwanese authorities, the Taiwanese criminal proceedings against ASUS, and financial information related to VIA's claim of damages.

Estimated length of direct examination: 1 hour.

2. **Jiin Lai**. Mr. Lai will provide testimony related to VIA's claim of trade secret misappropriation by ASUS including evidence gathered by VIA concerning the misappropriation, evidence regarding the existence of VIA's trade secrets, technical information related to VIA's claim of damages, and VIA's testing related to the existence of a SATA bug in VIA and ASUS products. Mr. Lai will also provide technical information related to the '187 Patent.

Estimated length of direct examination: 3 hours.

3. **Joanna Lin**. Ms. Lin will provide testimony related to VIA's claim of trade secret misappropriation by ASUS including efforts by VIA to reverse engineer ASUS's products, the searches of ASUS's facilities undertaken by the Taiwanese authorities, the Taiwanese criminal proceedings against ASUS, VIA's mixed signal design, and VIA's investigation into ASUS's misappropriation and patent infringement.

Estimated length of direct examination: 1 hour.

4. **Miguel Gomez**. Mr. Gomez will provide testimony concerning his expert opinions that (1) ASUS has misappropriated VIA trade secrets, (2) that the asserted claims of the '187 Patent are infringed by the accused ASUS products; (3) rebuttal testimony concerning the validity of the asserted claims of the '187 Patent; and (4) technical apportionment issues related to damages. Mr. Gomez's expert reports are attached hereto as Exhibits 1-3.

Estimated length of direct examination: 5 hours.

5. **Melissa Bennis**. Ms. Bennis will provide testimony concerning her expert opinions concerning the damages that VIA is entitled to as a result of ASUS' misappropriation of trade secrets and infringement of the '187 Patent. Ms. Bennis' expert report is attached hereto as Exhibit 4. Ms. Bennis' supplemental expert report is attached hereto as Exhibit 5.

Estimated length of direct examination: 2 hours.

5. **Stephen Dell**. Mr. Dell will provide testimony concerning his expert opinion that ACI is undercapitalized, as part of VIA's claims concerning the equitable issue of alter ego, which will be tried to the bench and not the jury. Mr. Dell's expert report is attached hereto as Exhibit 6.

Should he be asked to testify to the Court, VIA estimates the length of his examination to be 30 minutes.

6. VIA intends to call the following witnesses by deposition. VIA presently intends that no more than 1 hour of the collective deposition testimony it designated for these witnesses will played during trial:

a. **Chewei Lin**. Mr. Lin will provide testimony regarding misappropriation and infringement by ASM, and ASM's development of accused products, and its relationship to the other defendants.

b. **Ming Te Lin**. Mr. Lin will provide testimony regarding the circumstances of his printing of VIA schematics, his recruitment by Chi Chang on behalf of ASM, and VIA's procedures to maintain the secrecy of its technical documents.

c. **Nephel Luo**. Ms. Luo will provide testimony regarding misappropriation and infringement by ASUS-TeK, and ASUS-TeK's US sales, and its relationship to the other defendants.

d. **Godwin Yan**. Mr. Yan will provide testimony regarding misappropriation and infringement by ACI and ACI's inducement of others to infringe, ACI's US sales, ACI's relationship to the other defendants, and, in relation to alter ego (to be tried to the bench) ACI's under capitalization.

VIA Witness List.docx

2

**EX. A: VIA'S WITNESS LIST**

1
2         e.      **James Yu**. Mr. Yu will provide testimony regarding the circumstances of his
3 printing and download of VIA schematics, his recruitment by Chi Chang on behalf of ASM, and
4 VIA's procedures to maintain the secrecy of its technical documents.
5       VIA allocates the remainder of its allotted trial time to cross-examination.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VIA Witness List.docx

3

**EX. A: VIA'S WITNESS LIST**