| | |
|---|---|
| RUSS, AUGUST & KABAT<br>Larry C. Russ, SBN 82760<br>lruss@raklaw.com<br>Irene Y. Lee, SBN 213625<br>ilee@raklaw.com<br>Benjamin T. Wang, SBN 228712<br>bwang@raklaw.com<br>Adam S. Hoffman, SBN 218740<br>ahoffman@raklaw.com<br>Jean Y. Rhee, SBN 234916<br>jrhee@raklaw.com<br>Paul A. Kroeger, SBN 229074<br>pkroeger@raklaw.com<br>12424 Wilshire Boulevard<br>Twelfth Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>Attorneys for Plaintiffs<br>VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation | SINGULARITY LLP<br>Ronald S. Lemieux (CA Bar No. 120822)<br>rlemieux@ipsingularity.com<br>Vid R. Bhakar (CA Bar No. 220210)<br>vbhakar@ipsingularity.com<br>Michelle McLeod (CA Bar No. 260844)<br>mmcleod@ipsingularity.com<br>555 Twin Dolphin Drive, Suite 610<br>Redwood Shores, CA 94065<br>Tel: (650) 720-4650<br>Fax: (650) 720-4662<br><br>Attorneys for Defendants<br>ASMedia Technology Inc., a Taiwan corporation, ASUSTeK Computer Inc., a Taiwan corporation, and ASUS COMPUTER INTERNATIONAL, a California corporation |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC., a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation,<br><br>    Defendants. | Case No. 5:14-cv-03586-BLF<br><br>**EXHIBIT B TO THE TO THE JOINT PRETRIAL STATEMENT AND ORDER: DEFENDANTS' WITNESS LIST (WITH ATTACHED EXPERT REPORTS)** |



# WITNESSES TO BE CALLED BY DEFENDANTS

The following table sets forth the witnesses that Defendants presently intend to call at trial (including both "WILL CALL" and "MAY CALL" witnesses). The substance of the expected testimony, estimated times of direct examination, identification of experts and a summary of the experts' theories/conclusions and their underlying bases thereof are provided in the table. Copies of Defendants' experts' reports and their CVs are attached as appendices.

Defendants allocate the remainder of its allotted trial time to cross examination.

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

### DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| **Chi Chang** (ASMedia) | The design, development, and operation of ASMedia's USB 3.0/3.1 chips<br><br>ASMedia's analog schematics and digital designs, incl. development thereof, and that ASMedia/he did not use any VIA protectable trade secrets in its USB chip designs<br><br>Knowledge of prior art to the '187 patent<br><br>Circumstances of his departure from VIA<br><br>Knowledge of creation and design process of analog schematics and/or digital designs at VIA in 2006-2007, and his handling, use and disposal of printouts and/or downloads at VIA in 2006-2007 | 1 .5 hr. | | NO | | |

JOINT PRETRIAL STATEMENT
Exhibit B: Defendants' Witness List                                3

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| **Weber Chuang** (ASMedia) | Marketing, sale, and distribution of the accused ASMedia products<br><br>VIA's awareness of ASMedia's USB product offerings (including awareness thereof in 2009 and 2010), and communications between ASMedia and VIA about ASMedia's USB products, DigiTimes March 2010 conference | 1.5 hrs. | | NO | | |
| **Biky Lin** (ASMedia) | Technical aspects of accused ASMedia products concerning the '187 patent including the independent design and development ASMedia's USB circuits, and that ASMedia/he did not use any VIA protectable trade secrets in its USB chip designs | 1 hr. | | NO | | |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | Knowledge of creation and design process of analog schematics and/or digital designs at VIA in 2006-2007<br><br>Knowledge of handling, use and disposal of printouts and/or downloads at VIA in 2006-2007<br><br>Circumstances of his departure from VIA | | | | | |
| **Leif Tsai** (ASMedia) | Technical aspects of accused ASMedia products concerning the '187 patent and/or ASMedia's analog schematics and digital designs including the independent design and development ASMedia's USB circuits, and that ASMedia/he did not use any VIA protectable trade secrets in its USB chip designs | .75 hr. | | NO | | |

JOINT PRETRIAL STATEMENT
Exhibit B: Defendants' Witness List    5

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | Knowledge of creation and design process of analog schematics and/or digital designs at VIA in 2006-2007<br><br>Knowledge of handling, use and disposal of printouts and/or downloads at VIA in 2006-2007,<br><br>Circumstances of his departure from VIA. | | | | | |
| **Chingyen Wu** (ASMedia) | Technical aspects of accused ASMedia products concerning the '187 patent and/or ASMedia's analog schematics and digital designs including the independent design and development ASMedia's USB circuits, and that ASMedia/he did not use any VIA protectable trade | .75 hr. | | NO | | |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
*Civil Action No. 5:14-cv-03586-BLF (NDCA)*

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | secrets in its USB chip designs<br><br>Knowledge of creation and design process of analog schematics and/or digital designs at VIA in 2006-2007<br><br>Knowledge of handling, use and disposal of printouts and/or downloads at VIA in 2006-2007,<br><br>Circumstances of his departure from VIA. | | | | | |
| **YC Huang** (ASMedia) | Technical aspects of accused ASMedia products concerning the '187 patent and/or ASMedia's analog schematics and digital designs including the independent design and development ASMedia's USB circuits, and that ASMedia/he did not use | .75 hr. | | NO | | |

JOINT PRETRIAL STATEMENT
Exhibit B: Defendants' Witness List                                      7

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | any VIA protectable trade secrets in its USB chip designs<br><br>Knowledge of creation and design process of analog schematics and/or digital designs at VIA in 2006-2007<br><br>Knowledge of handling, use and disposal of printouts and/or downloads at VIA in 2006-2007,<br><br>Circumstances of his departure from VIA. | | | | | |
| **Chinfa Hsiao** (ASMedia) | Technical aspects of accused ASMedia digital designs including the independent design and development thereof, and that ASMedia/he did not use any VIA protectable trade secrets in its USB chip designs | 1 hr. | | NO | | |

JOINT PRETRIAL STATEMENT
Exhibit B: Defendants' Witness List                                  8

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | Circumstances of his departure from VIA.<br><br>Knowledge of creation and design process of digital designs at VIA in 1999-2005. | | | | | |
| **Shuyu Lin** (ASMedia) | Technical aspects of accused ASMedia products concerning the '187 patent and/or ASMedia's analog schematics and digital designs including the independent design and development ASMedia's USB circuits, and that ASMedia/he did not use any VIA protectable trade secrets in its USB chip designs<br><br>Knowledge of creation and design process of analog schematics and/or digital designs at VIA in 2006-2007 | .75 hr. | | NO | | |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | Knowledge of handling, use and disposal of printouts and/or downloads at VIA in 2006-2007, <br><br> Circumstances of his departure from VIA. | | | | | |
| **Chewei Lin** (ASMedia) | Defendants may call Mr. Lin to testify re: <br><br> Information about ASMedia's business since 2008 <br><br> Circumstances of his departure from VIA <br><br> Information known to VIA and ASMedia concerning the hiring of former VIA employees by ASMedia and the entry of ASMedia into the USB 3.0 industry <br><br> Discussions with VIA's Wen-Chi Chen regarding | 1 hr. | | NO | | |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
|  | VIA's knowledge and consent to the departure of VIA employees to ASMedia, including the continuing review and consent to the departure of VIA employees to ASMedia after October 2007<br><br>ASMedia's affiliation(s) with ASUSTeK |  |  |  |  |  |
| **Godwin Yan (ACI)** | Defendants may call Mr. Yan to testify re:<br><br>Information about ACI's business since 2008<br><br>Sales of accused ASUS-branded products<br><br>ACI affiliation(s) with ASUSTeK | .75 hr. |  | NO |  |  |
| **Nephel Luo (ASUSTeK)** | Defendants may call Ms. Luo to testify re: | .75 hr. |  | NO |  |  |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | ASUSTeK's incorporation of accused ASMedia chips in ASUS-branded products and sales of those products to ACI | | | | | |
| **Chen Wen-Chi** (VIA) | Discussions with Chewei Lin regarding VIA's consent to the departure of VIA employees to ASMedia, including the continuing review and consent to the departure of VIA employees to ASMedia after October 2007<br><br>VIA's decision to eliminate the System Platform Business Unit in 2007 and the decision to spin out Via Labs in 2008<br><br>VIA's knowledge and awareness of ASMedia's USB 3.0 products. | 1 hr. | | NO | | |
| **Miller Chen** (VIA) | VIA's alleged trade secrets; | 1 hr. | | NO | | |

JOINT PRETRIAL STATEMENT
Exhibit B: Defendants' Witness List                                         12

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

## DEFENDANTS' WITNESS LIST

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | VIA's awareness of Defendants' accused USB 3.0 products in 2009 and 2010<br><br>Information regarding the termination of VIA's license with Intel and the impact on VIA's business units at that time<br><br>The reorganization of VIA's business units after the Intel License terminated and the loss of employees | | | | | |
| **R. Jacob Baker, Ph.D.** (Defendants' Expert Witness) | Technical expert testimony re: the issues addressed in his 3 expert reports concerning:<br>(1) '187 patent non-infringement<br>(2) '187 patent invalidity<br>(3) Trade Secrets | 4 hr. | | YES | Copies of Dr. Baker's three expert reports (with CV) are attached to this list as Attachments A, B and C and include:<br>● Attachment A - Expert Report of Dr. R. Jacob Baker Re: Invalidity dated December 19, 2016<br>(*NOTE: This report has been submitted without Attachments 3-* | Copies of Dr. Baker's expert reports (with CV) are attached setting forth the bases of Dr. Baker's opinions<br><br>Dr. Baker's opinions are based on an analysis of evidence produced in this case, information from ASMedia, |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | | | | | 30 to this report due to their size. These attachments comprise copies of the patents-in-suit and the prior art discussed in this report. Defendants are prepared to submit these attachments at the Court's request); <br>● <u>Attachment B</u> - Expert Report of Dr. R. Jacob Baker Re: Noninfringement dated January 27, 2017; <br><u>Attachment C</u> - Expert Report of Dr. R. Jacob Baker Re: Rebuttal Trade Secret (Analog Schematics) dated January 27, 2017. <br><br>Dr. Baker is expected to testify as to: <br><br>● rebuttal to Plaintiffs' '187 patent infringement allegations against Defendants <br><br>● Defendants' accused products do not infringe the '187 patent; <br><br>● the '187 patent is invalid; | deposition testimony, independent research, industry experience and personal knowledge in the subject areas presented in his reports |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | | | | | ● rebuttal to VIA's alleged analog design trade secrets and misappropriation thereof by Defendants<br><br>● the general awareness in industry and academia of the concepts and ideas VIA asserts are its trade secrets<br><br>● ASMedia did not use any VIA protectable trade secrets in its analog schematics designs<br><br>● technology underlying the issues concerning infringement, invalidity, and trade secrets | |
| **Brent E. Nelson, Ph.D.** (Defendants' Expert Witness) | Technical expert testimony re: the issues addressed in his expert report concerning: (1) Trade Secrets (Verilog designs) | 2 hrs. | | YES | Copy of Dr. Nelson's expert report (with CV) is attached to this list as <u>Attachment D</u> - Expert Report of Dr. Brent E. Nelson Re: Rebuttal Trade Secret (Verilog) dated January 27, 2017<br><br>Dr. Nelson is expected to testify as to: | Copy of Dr. Nelson's expert report (with CV) is attached setting forth the bases of Dr. Nelson's opinions<br><br>Dr. Nelson's opinions are based on an analysis of evidence produced in this case, information from ASMedia, |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | | | | | ● rebuttal to VIA's alleged digital design trade secrets and misappropriation thereof by Defendants<br><br>● the general awareness in industry and academia of the concepts and ideas VIA asserts are its trade secrets<br><br>● ASMedia did not use any VIA protectable trade secrets in digital designs;<br><br>● technology underlying the issues concerning Verilog trade secrets | deposition testimony, independent research, industry experience and personal knowledge in the subject areas presented in his reports |
| **Eric Welch** (Defendants' Expert Witness) | Technical expert testimony re: the issues addressed in his expert report concerning:<br>(1) Trade Secrets (digital designs/testing) | 1 hr. | | YES | Copy of Mr. Welch's expert report (with CV) is attached to this list as <u>Attachment E</u> - Expert Report of Eric Welch Re: Rebuttal Trade Secret (Testing) dated January 27, 2017<br><br>Mr. Welch is expected to testify as to: | Copy of Mr. Welch's expert report (with CV) is attached setting forth the bases of Mr. Welch's opinions<br><br>Mr. Welch's opinions are based on an analysis of evidence produced in this case, information from ASMedia, |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | | | | | ● rebuttal to VIA's trade secret allegations relating to a so-called "SATA bug"<br><br>● the absence of any evidence in the testing evidence presented by VIA re showing the presence of any "SATA bug"<br><br>● re-creation of the same results as presented by VIA using perfectly working chips to show that VIA's testing evidence does not indicate the presence, if any, of a "SATA bug"<br><br>● Technology underlying the issues concerning SATA bug | deposition testimony, independent research, industry experience and personal knowledge in the subject areas presented in his reports |
| **James E. Pampinella, CPA, FCC, CLP** (Defendants' Expert Witness) | Damages and alter ego expert testimony re: issues addressed in his expert report | 2 hrs. | | YES | Copy of Mr. Pampinella's expert report (with CV) is attached to this list as <u>Attachment F</u> - Expert Report of James E. Pampinella, CPA, CFF, CLP Re: Rebuttal Damages dated January 27, 2017<br><br>Mr. Pampinella is expected to testify as to: | Copy of Mr. Pampinella's expert report (with CV) is attached setting forth the bases of Mr. Pampinella's opinions<br><br>Mr. Pampinella's opinions are based on an analysis of evidence |

VIA TECHNOLOGIES, INC. V. ASUS COMPUTER INTERNATIONAL, ET AL
Civil Action No. 5:14-cv-03586-BLF (NDCA)

**DEFENDANTS' WITNESS LIST**

| WITNESS | SUBSTANCE OF EXPECTED TESTIMONY | EST TIME (DIRECT) | EST TIME (CROSS) | EXPERT? | EXPERT'S THEORIES / CONCLUSIONS | BASES FOR EXPERT'S THEORIES/ CONCLUSIONS |
|---|---|---|---|---|---|---|
| | | | | | ● rebuttal to VIA's patent damages claims relating to the '187 patent including the reliability of and bases underlying VIA's patent damages calculation<br><br>● the calculation of a reasonable royalty (re '187 patent)<br><br>● rebuttal to VIA's trade secret misappropriation damages claims including the unreliability of and speculative nature of VIA's trade secret "unjust enrichment" damages calculation<br><br>● proper calculation of trade secret damages for any alleged misappropriation by Defendants<br><br>● rebuttal to VIA's alter ego assertions/opinions including issues relating to capitalization | produced in this case, information from ASMedia, discussions with Defendants' technical experts, deposition testimony, independent research, experience and personal knowledge in the subject areas presented in his reports |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 29, 2017 | Respectfully submitted, |
| 3 | | SINGULARITY, LLP |
| 4 | | By:      /s/ Vid R. Bhakar<br>       Ronald S. Lemieux (CA Bar No. 120822) |
| 5 | | rlemieux@ipsingularity.com<br>Vid R. Bhakar (CA Bar No. 220210) |
| 6 | | vbhakar@ipsingularity.com<br>Theodore T. Herhold (CA Bar No. 122895) |
| 7 | | therhold@ipsingularity.com<br>Michelle McLeod (CA Bar No. 260844) |
| 8 | | mmcleod@ipsingularity.com<br>SINGULARITY LLP |
| 9 | | 555 Twin Dolphin Drive, Suite 610<br>Redwood Shores, CA 94065 |
| 10 | | Tel:    (650) 720-4650<br>Fax:    (650) 720-4662 |
| 11 | | Attorneys for Defendants, |
| 12 | | ASUS COMPUTER INTERNATIONAL,<br>ASUSTEK COMPUTER INC., AND |
| 13 | | ASMEDIA TECHNOLOGY INC. |

JOINT PRETRIAL STATEMENT
EXHIBIT B: DEFENDANTS' WITNESS LIST
CASE NO. 5:14-CV-03586-BLF