UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, VIA TECHNOLOGIES, INC., a Taiwan corporation, and VIA LABS, INC., a Taiwan corporation,<br><br>Plaintiffs,<br>v.<br><br>ASUS COMPUTER INTERNATIONAL, a California corporation, ASUSTEK COMPUTER INC. a Taiwan corporation, and ASMEDIA TECHNOLOGY INC., a Taiwan corporation,<br><br>Defendants. | Civil Action No. 5:14-cv-03586-BLF<br>ORDER GRANTING **MOTION TO WITHDRAW ATTORNEY MICHELLE MCLEOD AS COUNSEL FOR DEFENDANTS** |

Having considered the Unopposed Administrative Motion to Withdraw Attorney Michelle McLeod as Counsel for Defendants, and good cause appearing therefore, the motion is GRANTED.

Pursuant to Civil Local Rule 11-5(a), Michelle McLeod is hereby withdrawn as counsel for Defendants in this case.

SO ORDERED.

Dated: __July 5_____, ~~2016~~ 2017

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE



[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY MICHELLE MCLEOD
CASE NO. 5:14-CV-03586-BLF