**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIA TECHNOLOGIES, INC. (A CALIFORNIA CORPORATION), et al., | Case No. 14-cv-03586-BLF |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO REQUEST PARTIAL RECONSIDERATION OF THE COURT'S JULY 5, 2017 SEALING ORDER** |
| ASUS COMPUTER INTERNATIONAL, et al., | |
| Defendants. | [Re: ECF 298] |

Defendants move pursuant to Civil Local Rule 7-9(b)(3) for leave to file a motion for partial reconsideration of the Court's July 5, 2017 Omnibus Order Re: Administrative Motions to Seal Documents ("Order"). ECF 279.

The Court's Order sealed all of the portions of Exhibit 7 to the Lee Declaration (ECF 265-11) identified by Defendants in the Declaration of Vid R. Bhakar in Support of Plaintiffs' Administrative Motion to Seal (ECF 274). However, Defendants inadvertently did not include page 27, line 9 in their identification of sealable material. Supplemental Declaration of Vid R. Bhakar ¶¶ 3-4, ECF 298-1. Page 27, line 9 contains highly confidential and sensitive information about Defendants' internal business and accounting practices concerning sensitive financial information of Defendants about R&D expenses and allocation of costs. *Id*. ¶¶ 6-8. Accordingly, Defendants seek leave to move for partial reconsideration so that the Court may, upon reconsideration, order that page 27, line 9 of Exhibit 7 to the Lee Declaration (ECF 265-11) remain under seal. Plaintiffs do not oppose this motion. Mot. 5, ECF 298.

Civil Local Rule 7-9(b)(3) permits reconsideration of an order where there is a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented

to the Court before such interlocutory order." Civ. L.R. 7-9(b)(3). Here, the Court finds that Defendants' identification of page 27, line 9 as containing sealable material constitutes a "material fact[] [not] presented to the Court before" its Order. Accordingly, Defendants' request for leave to move for reconsideration is GRANTED.

The Court also finds that Defendants' submission at ECF 298 suffices as a motion for reconsideration, and construes it as such. The Court finds that Defendants have articulated good cause to seal page 27, line 9 of Exhibit 7 to the Lee Declaration (ECF 265-11). The Court also finds this request narrowly tailored. Accordingly, the Court revises its Order at ECF 279 and further GRANTS IN PART Plaintiffs' request to seal Exhibit 7 to the Lee Declaration (ECF 265-11) as to page 29, line 7. The Court's Order otherwise remains unchanged.

**IT IS SO ORDERED.**

Dated: July 11, 2017

_____
BETH LABSON FREEMAN
United States District Judge